UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VICKY LAWS                                                                                          PLAINTIFF

v.                                      No. 2:18-CV-02133

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY, et al.                                                           DEFENDANTS

**<u>ORDER</u>**

    Plaintiff and Defendant E-Z Mart Stores, Inc. have filed a joint motion to dismiss (Doc. 14). The parties ask that this action be dismissed with prejudice. Dismissal on these terms is proper.

    IT IS THEREFORE ORDERED that the motion (Doc. 14) is GRANTED and this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED this 27th day of December, 2018.

                                             /s/ P. K. Holmes, III
                                             P.K. HOLMES, III
                                             CHIEF U.S. DISTRICT JUDGE